thereof two passing barges were driven against plaintiff's barge causing the damage complained of.

*William J. Dean* and *Van Vechten Veeder* for appellant.
*James M. Gorman* and *William Van Wyck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE CITY OF NEW YORK, Respondent, *v.* NATIONAL SURETY COMPANY, Appellant.

*Surety bonds — undertaking — interest — liability of surety on undertaking on appeal to pay interest on judgment from date of entry.*

*City of New York* v. *Nat. Surety Co.*, 214 App. Div. 705, affirmed.
(Argued October 29, 1925; decided December 1, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 13, 1925, which affirmed a judgment in favor of plaintiff entered upon an order of Special Term granting a motion by plaintiff for summary judgment. The action was to recover on a surety bond given as undertaking on appeal and providing for payment of " the sum recovered or directed to be paid by the judgment," and " all costs and damages   *   *   *   not exceeding Five Hundred Dollars." The question was whether defendant was obligated to pay interest on the amount of the judgment from the date of its entry, the defendant contending that it was not liable to pay interest thereon between the dates of entry of the judgment and ten days subsequent to the service upon the surety company of formal notice of affirmance.

*Harrison Tweed, George Welwood Murray* and *Otey McClellan* for appellant.

*George P. Nicholson, Corporation Counsel (John F. O'Brien, Henry J. Shields* and *Isaac F. Cohen* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

SIMON WERTHEIMER et al., Respondents, *v.* RITA B. BOEHM, Appellant.

*Vendor and purchaser — contract — sale — specific performance — Frauds (Statute of) — action to compel specific performance of contract for sale of real property — defense of Statute of Frauds.*

*Wertheimer v. Boehm,* 213 App. Div. 849, affirmed.

(Argued October 30, 1925; decided December 1, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 2, 1925, unanimously affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term. The action was for specific performance of an alleged contract for the sale of real estate which read as follows:

" BUFFALO, 3 /7 /22.

" Received of Simon Wertheimer and Barney Berman $50.00 Fifty Dollars on a /c of purchasing price of $14,000. Fourteen Thousand Dollars for property 168 Allen St. $2950.00 in cash on delivery of clear title and survey with the understanding of first mortgage of $5000 at 5% and balance of $6,000.00 on a second mortgage which I agree to take for six years for six per cent interest. The lot is 36x125 feet. It is understood that any building mortgage to increase the first mortgage is allowed.

" RITA BUNTON BOEHM."

The defense was the Statute of Frauds, defendant claiming that the memorandum is incomplete and indefinite and does not constitute a valid legal or binding contract capable of enforcement.

*M. F. Dirnberger, Jr.,* for appellant.

*Adrian Block* and *Bernard D. Welt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.